UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHERYL NEELY | * | CIVIL ACTION NO. 2013-3009 |
|     Plaintiff | * | |
| | * | |
| VERSUS | * | JUDGE: IVAN L.R. LEMELLE |
| | * | |
| SOUTHERN FIDELITY INSURANCE | * | |
| COMPANY | * | |
|     Defendant | * | MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF COMPLIANCE**

NOW INTO COURT, pursuant to Local Rule 37.1, comes undersigned counsel for defendant, Southern Fidelity Insurance Company, who hereby declares the following:

1. On July 25, 2013, undersigned counsel sent correspondence to plaintiff's counsel requesting multiple dates and times to schedule plaintiff's deposition.

2. On July 31, 2013, plaintiff's counsel sent correspondence to undersigned counsel stating on belief that defendant would be better served by deposing plaintiff's son rather than the plaintiff.

3. On August 1, 2013 plaintiff's counsel sent a request for defendant to pay for plaintiff's travel expenses for her deposition to take place in New Orleans, Louisiana.

4. On August 20, 2013, undersigned counsel sent a letter to plaintiff's counsel rejecting plaintiff's offer for defendant to fund plaintiff's travel expenses for her deposition.

5. As a result of this correspondence, undersigned counsel set a FRCP 37.1 discovery conference in order to discuss the location of plaintiff's deposition on August 29, 2013.

6. As of September 24, 2013, plaintiff is not willing to travel to Louisiana for her deposition.

Respectfully submitted:

\_\_\_/s/ Matthew D. Monson_____
**MATTHEW D. MONSON (25186), T.A.**
**DONALD J. LATUSO, JR. (31495)**
**LAURA H. ABEL (33175)**
**THE MONSON LAW FIRM, LLC**
900 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone: (985) 778-0678
Facsimile: (985) 778-0682
Email: matthew@monsonfirm.com
donald@monsonfirm.com
laura@monsonfirm.com
*Counsel for Southern Fidelity Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 24th day of September, 2013.

\_\_\_/s/ Matthew D. Monson_____